## Commonwealth ex rel. Krause *v.* Krause, Appellant.

Argued December 11, 1969. *Bernard J. McNulty, Jr.*, for appellant; *Wallace A. Murray, Jr.*, with him *Wisler, Pearlstine, Talone & Gerber*, for appellee.

Order affirmed.

## Commonwealth ex rel. Langman *v.* Langman, Appellant.

Submitted December 9, 1969. *James N. Diefenderfer*, for appellant; *Lawrence J. Brenner*, Assistant District Attorney, for appellee.

Order affirmed.